UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11CR401-W |
|---|---|---|
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | <u>INDICTMENT</u> |
| MARCUS CURRY | ) | |
| a/k/a "The King" | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: September 17, 2012

Frank D. Whitney
United States District Judge